UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


| | |
|---|---|
| WARREN CURNUTT ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 1:11-0014 |
| ] | Judge Campbell |
| BRUCE WESTBROOKS, ACTING WARDEN ] | |
|     Respondent. ] | |

### O R D E R

On March 10, 2011, an order (Docket Entry No.3) was entered directing the respondent to file an answer, plead or otherwise respond to petitioner's habeas corpus petition (Docket Entry No.1) within thirty days.

Since the entry of this order, the respondent has filed a Motion (Docket Entry No.9) seeking an additional sixty days in which to respond. For good cause shown, the respondent's Motion is GRANTED. The respondent shall file an answer, plead or otherwise respond to the petition within sixty days from the date of entry of this order on the docket.

Also before the Court is petitioner's application (Docket Entry No.11) to proceed in forma pauperis. The petitioner has paid the fee required to file his petition. Payment of the filing fee has rendered the petitioner's application MOOT. For that reason, petitioner's application to proceed in forma pauperis is DENIED.

Finally, the petitioner has submitted a Motion (Docket Entry No.12) asking to be furnished with a certified copy of the state court records. Petitioner's Motion is GRANTED. The respondent shall provide the petitioner with any portion of the state court records that are relevant to the petitioner's claims when a response to the petition has been filed. Rule 5(c) and (d), Rules - - - § 2254 Cases.

It is so ORDERED.

_____
Todd Campbell
United States District Judge