UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WARREN CURNUTT ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 1:11-0014 |
| ] | Judge Sharp |
| BRUCE WESTBROOKS, ACTING WARDEN ] | |
|     Respondent. ] | |

**O R D E R**

On June 13, 2011, a Response (Docket Entry No.17) was filed to the petition (Docket Entry No.1) initiating this action. The Response included relevant portions of the state court record relating to the petitioner's conviction for two counts of child rape.

By an order (Docket Entry No.13) entered April 14, 2011, the respondent had been instructed to "provide the petitioner with any portion of the state court records that are relevant to the petitioner's claims when a response to the petition has been filed."

Since the filing of the Response, the petitioner has submitted a motion (Docket Entry No.19) informing the Court that the respondent has not yet provided him with any portion of the state court records. He asserts that he will need a certified copy of the state court record to prepare a Reply to the Response. The

petitioner moves the Court to instruct the respondent to furnish him with a certified copy of the state court records and to grant him a sixty (60) day extension of time in which to file a Reply to the Response.

The petitioner attached portions of the state court record to his petition. Therefore, he does not need every document filed by the respondent in support of the Response. Nevertheless, to the extent that the petitioner is seeking access to every other document filed in support of the Response that he does not already have, his motion is hereby GRANTED. Rule 5(c), Rules - - - § 2254 Cases. The respondent shall, within thirty (30) days, furnish the petitioner with all those documents filed in support of its Response with the exception of Addendum No.2, Docs.1,3,4,5 and Addendum No.4, Docs.1,5.

The petitioner is also GRANTED an extension of forty five (45) days from the date that he receives these documents from the respondent in which to file a Reply to the Response.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge