UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

WARREN CURNUTT             ]
    Petitioner,           ]
                           ]
v.                         ]     No. 1:11-0014
                           ]     Judge Sharp
BRUCE WESTBROOKS, WARDEN   ]
    Respondent.           ]

### O R D E R

The respondent has file a Motion for Summary Judgment (Docket Entry No.33) along with a motion (Docket Entry No.32) requesting waiver of Local Rule 56.01.[1]

For good cause shown, respondent's motion requesting a waiver is hereby GRANTED.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge

---

[1] Rule 56.01 of the Local Rules requires, in part, for a moving party to provide "a separate, concise statement of the material facts as to which the moving party contends there is no genuine issue for trial. Each fact shall be set forth in a separate, numbered paragraph. Each fact shall be supported by specific citation to the record."